FILED
2024 May-31 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/REP June 2024
GJ# 12

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No: |
| | ) |
| TIMOTHY NIGLE THOMAS | ) |

## INDICTMENT

**COUNT ONE**: [18 U.S.C. § 922(o)(1)]

The Grand Jury charges that:

On or about May 14, 2024, in Madison County, within the Northern District of Alabama, the defendant,

**TIMOTHY NIGLE THOMAS,**

knowingly possessed a machine gun, that is a machine gun conversion device and a Glock 9mm pistol and a machine gun conversion device, in violation of Title 18, United States Code, Section 922(o)(1).

A TRUE BILL

_/s/ Electronic Signature_
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
────────────────────────
RUSSELL E. PENFIELD
Assistant United States Attorney

...

PRIM F. ESCALONA

...

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
─────────────────────────
RUSSELL E. PENFIELD
Assistant United States Attorney